IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRANDON ASHWORTH,<br><br>Plaintiff,<br><br>v.<br><br>LI-WAY TRANSFER & STORAGE, INC.,<br><br>Defendants. | Civil Action No.<br><br>1:23-cv-00585-SEG-JCF<br><br>JURY TRIAL DEMANDED |

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW, Plaintiff Brandon Ashworth, by and through undersigned counsel and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i), and hereby voluntarily dismisses all claims with prejudice against Defendants Li-Way Transfer & Storage, Inc. and Randall Pugh.

Respectfully submitted this 23rd day of May, 2023.

**BARRETT & FARAHANY**

s/ *V. Severin Roberts*
V. Severin Roberts
Georgia Bar No. 940504

Attorney for Plaintiff

1

P.O. Box 530092
Atlanta, GA 30353
(404) 214-0120
severin@justiceatwork.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BRANDON ASHWORTH,<br><br>    Plaintiff,<br><br>v.<br><br>LI-WAY TRANSFER & STORAGE, INC.,<br><br>    Defendants. | Civil Action No.<br><br>1:23-cv-00585-SEG-JCF<br><br>JURY TRIAL DEMANDED |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing *Notice of Voluntary Dismissal with Prejudice* with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Martin L. Fierman
mlfierman@fiermanlawfirm.com

Spence Johnson
spence@johnsonmarlowe.com

Dustin Marlowe
dustin@johnsonmarlowe.com

Ben Fierman

3

bdfierman@fiermanlawfirm.com

Respectfully submitted this 23rd day of May, 2023.

                                         **BARRETT & FARAHANY**

                                         s/ *V. Severin Roberts*
                                         V. Severin Roberts
                                         Georgia Bar No. 940504